PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lakaiki L Williams**

**Docket No. 0:01CR00316-1(DWF)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lakaiki L Williams** who was sentenced on January 22, 2001,by the Honorable Richard Mills, sitting in the court at Springfield, IL, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No new credit, financial disclosure, no firearms or dangerous weapons, alcohol abstinence, drug aftercare, community service if unemployed, and $72,151.61 restitution jointly and severally with codefendants.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

Ms. Williams has been unemployed for several months. Her family situation has proven chaotic, and she is repeatedly and consistently overwhelmed by issues that thwart any meaningful search for employment.

SPECIAL CONDITION: The defendant shall make restitution to the payees in the amount of $72,151.61. Restitution is owed jointly and severally.

On December 6, 2004, the U.S. Probation Officer contacted the U.S. Clerk's Office for the Central District of Illinois. Staff in that office stated that Ms. Williams has not made any payments toward her special assessment or to the restitution obligation. Ms. Williams signed a payment plan on November 15, 2001, in which she agreed to pay $20 monthly, and she noted payments on several monthly report forms.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 8th day of December 2004, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

Respectfully,

Elizabeth M. Callahan
U.S. Probation Officer

Place Minneapolis
Date December 7, 2004

SCANNED
DEC 09 2004
U.S. DISTRICT COURT ST. PAUL