AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 01-316(1) DWF

Lakaiki L. Williams

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 8E, 8th Floor**
**United States Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable J. Earl Cudd**

On: **12/23/04 at 11:00 a.m.**

---

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner
Mary Kay Furchner, Deputy Clerk

Dated: December 9, 2004

SCANNED
DEC. 09 2004
U.S. DISTRICT COURT ST. PAUL

## RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________________

______________________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________________

______________________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ______________________ ______________________

Date Name of United States Marshal

______________________

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure