UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-316(DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAKAIKI L. WILLIAMS,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

**Criminal No.**
01-316(DWF)

**Defendant Name**
Lakaiki L. Williams

**Remove AUSA**
Andrew S. Dunne

**Add AUSA**
Richard A. Newberry

Dated: December 10, 2004

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Andrew Dunne*

BY: ANDREW S. DUNNE
Assistant U.S. Attorney
Attorney ID No. 175195