AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2004 DEC -9 A 10: 50

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

RECEIVED
U.S. MARSHAL
ST PAUL MINN

v.

Case Number: CR 01-316(1) DWF

Lakaiki L. Williams
[redacted]
Mpls, MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **Courtroom 8E, 8th Floor**<br>**United States Courthouse**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable J. Earl Cudd** |
| On: | **12/23/04 at 11:00 a.m.** |

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner
Mary Kay Furchner, Deputy Clerk

Dated: December 9, 2004

RECEIVED
04 DEC 22 PM 1:25
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DEC 22 2004

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] FRANK E. KRUCHTEN Date: 12/20/04

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: DONNA PALMORE (MOTHER)

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 12/20/04
Date

AL GARBER
Name of United States Marshal

F.E. K[signature] 3108
(by) Deputy United States Marshal

Remarks:

1ST ENDEAVOR, 1 DUSM, 5 MILES, 1 HOUR, 16DEC04, 12:00 PM
2ND ENDEAVOR, 1 DUSM, 2 MILES, 1 HOUR, 17 DEC04, 1840 PM
3RD ENDEAVOR, 1 DUSM, 40 MILES, 2 HOURS, 18 DEC04, 19:00PM
4TH ENDEAVOR, 1 DUSM, 2 MILES, 1 HOUR, 20 DEC04, 17:15PM

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure