# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Lakaiki Williams,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-316 RHK

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Manny K. Atwal shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 27, 2004

s/Manny K. Atwal

MANNY K. ATWAL
Attorney ID No. 0282029
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415