AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**LAKAIKI L. WILLIAMS**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-316(01)(DWF)**
USM Number: **50468-008**
Social Security Number: **9023**
Date of Birth: **1974**

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #5 | Failed to maintain employment. | 12/7/04 |
| Special Condition | Failed to make restitution payments. | 12/7/04 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**JANUARY 6, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**JANUARY 7, 2005**
Date

DEFENDANT: LAKAIKI L. WILLIAMS
CASE NUMBER: 01-316(01)(DWF)

## SUPERVISED RELEASE

The defendant shall continue serving the present supervised release term under the same conditions with these additions:

1. The defendant shall make a good faith effort to get her General Education Degree.

2. The defendant shall serve 3 MONTHS at Volunteers of America halfway house. That service shall begin on Friday, January 21, 2005.

3. While at Volunteers of America the defendant shall be allowed work release.