UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-316 (DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LAKAIKI L. WILLIAMS Defendant. | ) | MOTION FOR EXTEND SELF SURRENDER DATE |

Lakaiki L. Williams, by and through her undersigned counsel, moves the Court for an extension on her self surrender date.

On January 6, 2005, Ms. Williams was sentenced to three months at the V.O.A. following a supervised released violation hearing. She is scheduled to self surrender to the V.O.A. on Friday, January 21, 2005.

Ms. Williams would like to see her son perform in a school play on the evening of Tuesday, January 25, 2005. Therefore, she is respectfully requesting the Court to extend her self surrender date to Wednesday, January 26, 2005. The government does not object to this motion. A proposed Order is enclosed for the Court's consideration.

Dated: Tuesday, January 18, 2005

Respectfully submitted,

*s/ Mannny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 0282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415