**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 01-316(1) (DWF)

Plaintiff,

v.

**ORDER TO EXTEND SELF SURRENDER DATE**

Lakaiki L. Williams,

Defendant.

---

Richard A. Newberry, Jr., Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Manvir K. Atwal, Assistant Federal Public Defender, 107 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendant.

---

Based on Defendant's motion for an extension to self surrender filed in this case on January 18, 2005 (Doc. No. 26), and for good cause shown, said motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Lakaiki L. Williams self surrender to the Volunteers of America on Wednesday, January 26, 2005. All other release conditions previously imposed remain in effect.

Dated: January 19, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court