A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 FEB -3 A 8:30

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

Lakaiki L Williams

**WARRANT FOR ARREST**

CASE NUMBER: **CR 01-316(1) DWF**

0541-0203-0585-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Lakaiki L Williams

and bring him or her forthwith to the nearest Magistrate Judge to answer a Order charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

(By) Michelle Conway, Deputy Clerk

February 2, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 3-18-05
ARRESTED BY USMS-MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04