AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**LAKAIKI L. WILLIAMS**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-316(01)(DWF)**
USM Number: **50468-008**
Social Security Number: **9023**
Date of Birth: **1974**

**Manvir K. Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #2 | Failed to report to halfway house. | 1/26/05 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**APRIL 7, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**APRIL 7, 2005**
Date

DEFENDANT: LAKAIKI L. WILLIAMS
CASE NUMBER: 01-316(01)(DWF)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 MONTHS with no supervised release term to follow. Upon completion of the prison term, the defendant is discharged**.

**Defendant will still be liable for the amount of restitution owing as ordered in the original Judgment.**

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**1. Defendant be confined at the Volunteers of America halfway house in Minnesota or FCI-Pekin, Illinois.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ____________ to ____________

at ____________ , with a certified copy of this judgment.

____________
United States Marshal

By ____________
Deputy United States Marshal